JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID KELLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. MAGANA, et al.,<br><br>　　　　　Defendants. | Case No. CV 12-5036-CJC (JEM)<br><br>JUDGMENT |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith.

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 18, 2014

　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

4